# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.: 21-cr-460-APM |
| v. | : | |
| CALEB BERRY, | : | |
| *Defendant*. | : | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(d), Defendant moves for the admission and appearance of attorney Daniel J. Fernandez, Esq. *pro hac vice* in the above-captioned matter. This motion is supported by the Declaration of Daniel J. Fernandez, Esq., filed herewith as Exhibit 1. As set forth in Mr. Fernandez's Declaration, Mr. Fernandez is admitted to and an active member in good standing of the following courts and bars: Supreme Court of Florida; United States District Courts for the Middle District of Florida, Southern District of Florida, Northern District of Florida, Eastern District of Texas, Northern District of Georgia, District of Arizona, Northern District of Alabama, Southern District of New York, and Eastern District of Missouri; and United States Courts of Appeal for the Fifth, Sixth, and Eleventh Circuits. This motion is supported and signed by Christopher Macchiaroli, Esq., an active and sponsoring member of the Bar of this Court.

Dated: July 20, 2021

Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com
*Counsel for Defendant*