AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▾

United States of America )
v. )  Case No.  21-cr-460
Caleb Berry )
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   7/13/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Daniel Fernandez
*Printed name of defendant's attorney*

2021.07.20
15:41:19
-04'00'

_____
*Judge's signature*

Judge Amit P. Mehta
*Judge's printed name and title*