## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-cr460 |
| | : | |
| v. | : | |
| | : | |
| CALEB BERRY, | : | |
| | : | |
| Defendant. | : | |

### WAIVER OF RIGHT TO TRIAL BY JURY

I understand that I have a right to trial by jury.   I hereby waive (give up) my right to trial by jury.

_____
Caleb Berry
Defendant

_____
Daniel Fernandez, Esq.
Counsel for Defendant

Consented to by the United States:

_____
Jeffrey S. Nestler
Assistant United States Attorney

Approved:

2021.07.20
15:41:58
-04'00'

_____
Amit P. Mehta
United States District Judge

Date: _____