IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-460 (APM) |
| | ) | |
| CALEB BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties report that Defendant Caleb Berry continues to cooperate with the government.

We request the opportunity to file a further status report by December 17, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20004

*/s/ Daniel J. Fernandez*
Daniel J. Fernandez, Esq.
Fernandez & Hernandez, LLC
3002 W. Kennedy Boulevard
Tampa, Florida 33609-3106