UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-460-APM |
| : | |
| **CALEB BERRY,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

    The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar Number 481052

By:        /s/
            Jeffrey S. Nestler
            Assistant United States Attorney
            D.C. Bar No. 978296
            Ahmed M. Baset
            Troy A. Edwards, Jr.
            Louis Manzo
            Kathryn Rakoczy
            Assistant United States Attorneys
            U.S. Attorney's Office for the District of Columbia
            555 4th Street, N.W.
            Washington, D.C. 20530

                                                /s/
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20004